JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

CLAUDIA LUCIA VARGAS ORDONEZ, et al,

      Petitioners,

        v.

MARKWAYNE MULLIN, et al,

      Respondents.

No. 5:26-cv-02851-BFM

**JUDGMENT**

On June 3, 2026, the Court issued an order granting the petition and ordered Petitioners Claudia Lucia Vargas Ordonez (A# 245-792-486) and Vidal Javier Espinoza Munguia (A# 245-792-424) to be immediately released on the conditions of supervision previously imposed. (ECF 12 at 8.) The Court directed Petitioners to notify the Court if her release was delayed for any reason. (ECF 12 at 9.) Petitioners have not notified the Court, and the Immigration and Customs Enforcement detainee locator no longer lists Petitioners. The Court therefore concludes that Petitioners have been released from Respondents' custody.

Accordingly, pursuant to the Order Granting Petition, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition (ECF 1) is granted.

DATED: June 10, 2026

_____/s/_____
HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE

2